**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIELLA BONHOMME; TATIANA POULARD; AMINIQUE KIRNON; SELINA SACASA; and QUANTAVIA GRANT,<br><br>Plaintiffs,<br><br>v.<br><br>DENNY'S, INC., GILLS BLOOMSBURG INC. d/b/a DENNY'S, DENNY'S CORPORATION, and DFO, LLC,<br><br>Defendants. | No. 4:25-CV-02094<br><br>(Chief Judge Brann) |

**ORDER**

**AUGUST 5, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Gills Bloomsburg Inc.'s Motion to Strike, Doc. 35, is **DENIED**. Defendants' motion to dismiss Plaintiffs' first amended complaint, Doc. 43, is **GRANTED WITHOUT PREJUDICE**.

Plaintiffs are given leave to amend. Plaintiffs may file a second amended complaint within fourteen (14) days from the date of this Order. If no amended complaint is filed, the action will be subject to dismissal with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge